**Appellee's Motion to Dismiss Granted; Dismissed and Memorandum Opinion filed June 29, 2021.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-21-00027-CV

---

### JDH PACIFIC, INC., Appellant

### V.

### PRECISION-HAYES INTERNATIONAL, INC., Appellee

---

**On Appeal from the 400th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 19-DCV-261720**

---

### MEMORANDUM OPINION

This is an appeal from an October 16, 2020 order vacating two writs of garnishment. Appellant timely perfected its appeal from that order; however, this court must dismiss the appeal because the October 16, 2020 order was void. On June 17, 2021, appellee filed a motion to dismiss this appeal because the underlying order is void. We grant appellee's motion.

The record reflects the underlying case was removed to federal court in May

2019. It is undisputed that the case has not been remanded to state court. "Any order entered by a state court after the case is removed is void for want of jurisdiction." *Hilton v. NBC Bank-Heights,* No. 01-96-01366-CV, 1998 WL 135105, at \*2-3 (Tex. App.—Houston [1st Dist.] Mar. 19, 1998, pet. denied). The order underlying this appeal is void and, accordingly, we must dismiss this appeal for lack of jurisdiction.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan.